## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

David Hayes, et al.
                              Plaintiff,

v.                                                               Case No.: 1:23−cv−16596
                                                                  Honorable Mary M. Rowland

The Kraft Heinz Company, et al.
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, April 7, 2025:

        MINUTE entry before the Honorable Mary M. Rowland: The Court has reviewed the stipulation of dismissal [51]. Plaintiffs' claims against Defendants are dismissed with prejudice as to Plaintiffs' individual claims and without prejudice as to the claims of the putative class members. All pending deadlines are stricken. Civil case terminated. Mailed notice. (kp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.